THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAWN SPENS, a single woman, | CASE NO. C17-1592-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, a foreign corporation, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on parties' stipulated motion to extend the deadline to answer the complaint (Dkt. No. 7). Pursuant to the parties' stipulation, the Court hereby ORDERS that the deadline for Defendant Life Insurance Company of North America to respond to Plaintiff's complaint is EXTENDED to December 18, 2017.

DATED this 7th day of December 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
