UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAWN SPENS, a single woman, | CASE NO. C17-1592-JCC |
| Plaintiff, | ORDER |
| v. | |
| LIFE INSURANCE COMPANY OF AMERICA, a foreign corporation, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's motion for leave to file an amended complaint (Dkt. No. 11). Having thoroughly considered the motion, Defendant's statement of non-opposition, and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the motion for the reasons explained herein.

Plaintiff filed the above-captioned suit on October 26, 2017. (Dkt. No. 1.) Defendant filed an answer on December 18, 2017. (Dkt. No. 9.) Plaintiff seeks to amend her complaint based on information in the Administrative Record, disclosed to her on March 20, 2018. (Dkt. No. 11 at 1.) Federal Rule of Civil Procedure 15(a)(2) provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave," and the Court should "freely give" such leave. Fed. R. Civ. P. 15(a)(2). Plaintiff's motion to amend was filed before the April 6, 2018 pleading amendment cutoff, and Defendant does not oppose the proposed amendment.

1  (Dkt. Nos. 11, 12.) Given the timeliness of Plaintiff's motion, the fact that the proposed
2  amendment arises out of new information, and Defendant's non-opposition, the Court finds good
3  cause to GRANT Plaintiff's motion for leave to amend (Dkt. No. 11). Plaintiff is DIRECTED to
4  file her amended complaint within **ten (10) days** of the issuance of this order.

DATED this 27th day of April 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE